UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL JOHNSON,<br><br>                          Plaintiff,<br><br>  -against-<br><br>OTIS BANTUM CORRECTIONAL FACILITY, ET AL.,<br><br>                         Defendants. | 24-cv-9629(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 27, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 29, 2025
            New York, New York

                                                    /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                           Chief United States District Judge